No. 735. KLEIN ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Bert A. Bandstra* for petitioners. *Solicitor General Griswold* and *Acting Assistant Attorney General Williams* for the United States. ▮

No. 739. METLOX MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Frank Simpson* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. ▮

No. 741. DOYLE ET AL. *v.* BRENNER, COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied. *Albert L. Jacobs* for petitioners. *Solicitor General Griswold* for respondent. ▮

No. 743. BAY COUNTIES DISTRICT COUNCIL OF CARPENTERS, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Victor Van Bourg* for petitioners. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. ▮

No. 745. ROBERGE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Rogovin, Gilbert E. Andrews* and *Loring W. Post* for respondent.

No. 746. GLIMCO *v.* PARSONS, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied. *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.